WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PENNY GARTNER**,                                                     Case No. 6:16-cv-01505-SI

     Plaintiff,

vs.                                                                                           ORDER

**COMMISSIONER of Social Security**,

     Defendant.

_____

Attorney fees in the amount of $5,743.60 are hereby awarded to Plaintiff pursuant to the

Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury

Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O.

Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has

signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

     DATED this 24th day of October, 2017.


                                 /s/ Michael H. Simon_____
                                United States District Court Judge

Submitted on October 23, 2017 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff